# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-cr-00246-RLH-RJJ |
| Plaintiff, | **O R D E R** |
| vs. | |
| EDWARD DUENAS-GAMEZ, | |
| Defendant. | |

      Defendant Edward Duenas-Gamez filed a Motion to Request a Hearing (#40, filed Aug. 8, 2014). The handwritten motion is largely illegible, but Defendant expresses concern about his "trust fund assets from prison," expresses his desire to "touch base to show how good [he is] doing," and requests permission to travel to his old prison in Victorville.

      The instant motion, however, contains no reason for which a hearing is needed. First, any problem with Defendant's prison funds will have to be resolved with prison officials. Second, the Court is glad to hear that Defendant is doing well and encourages his continued best efforts in his rehabilitation, but no hearing is necessary. Finally, to the extent Defendant requests a change to the conditions of his supervised release, Defendant should file a motion explaining the specific need for the requested changes, and outlining the justifications supporting such changes. Defendant's motion is denied.

      IT IS SO ORDERED

      Dated: August 12, 2014.

_____
**ROGER L. HUNT**
**United States District Judge**

AO 72
(Rev. 8/82)