# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:10-cr-00246-RLH-RJJ |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| EDWARD DUENAS-GAMEZ, ) | (Motion to Amend Judgment - #54) |
| Defendant. ) | |

Before the Court is Defendant's **Unopposed Motion for Nunc Pro Tunc Amendment of Judgment** (#54, filed June 23, 2015) seeking to amend the judgment recently imposed for violations of supervised release, from seven (7) months to one (1) month to accomplish the intention of the parties' joint recommendation of sentence and to accomplish this Court's intention when the judgment was entered. It appears that the Bureau of Prisons' decisions or policies have thwarted this Court's intention and purpose in its recent judgment on the issue.

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Defendant's **Unopposed Motion for Nunc Pro Tunc Amendment of Judgment** (#54) is GRANTED.

IT IS FURTHER ORDERED that a downward departure from the guidelines is hereby made, to accomplish the intention of this Court and the joint recommendation of the parties, and the Judgment is hereby amended, nunc pro tunc, to order commitment to the Bureau of Prisons for a period of one (1) month.

Dated: June 25, 2015.

_____
**Roger L. Hunt**
United States District Judge